UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AGATHA MARTIN WILLIAMS,

    Plaintiff,

v.

    Case No. 2:14-cv-00132

    CHIEF JUDGE EDMUND A. SARGUS, JR.

RONETTE BURKES, WARDEN,
OHIO REFORMATORY FOR WOMEN,

    Defendant.

## ORDER

This matter is before the Court on a Motion to Intervene (Doc. No. 20), dated May 14, 2015. On April 23, 2014, pursuant to the Court's Opinion and Order (Doc. No. 15), this case was transferred to the United States District Court for the Northern District of Ohio. The Motion to Intervene is hereby also **TRANSFERRED**.

IT IS SO ORDERED.

_5-18-2015_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE